# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 17 WM 2015
:
         Respondent :
:
:
:
:
       v. :
:
:
:
RONALD BANKS, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.